

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00876-CV

**VIP FLOORING, LLC** and Philip Vipond,
Appellants

v.

Curtis **WALKER**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-159
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: April 29, 2020

MOTION TO DISMISS GRANTED; DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See* Tex. R. App. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM